UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NON TYPICAL INC.,

        Plaintiff,

and

HANOVER INSURANCE COMPANY,

        Involuntary Plaintiff,

  v.                                                        Case No.    10-C-1058

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HANOVER INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY OF AMERICA,
as Subrogees of Non typical Inc.,

        Plaintiffs,

  v.                                                         Case No.    11-C-156

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

        Defendants.

**ORDER CONSOLIDATING CASES**

Based upon the facts set forth in the motion of Schneider Logistics International, Inc., to consolidate the above actions, **IT IS HEREBY ORDERED** that the actions are consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. It is clear that the actions involve

common questions of law and fact, since they both arise out of a theft in Illinois of a truckload of digital cameras during shipment. No party who has so far appeared objects to the consolidation. Accordingly, Schneider's motion is **GRANTED** and the above cases are consolidated under the earlier case number.

Dated this  10th  day of March, 2011.

 s/ William C. Griesbach
William C. Griesbach
United States District Judge