UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NON TYPICAL INC.,

        Plaintiff,

and

HANOVER INSURANCE COMPANY,

        Involuntary Plaintiff,

  v.                                                               Case No.     10-C-1058

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HANOVER INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY OF AMERICA,
as Subrogees of Non typical Inc.,

        Plaintiffs,

  v.                                                              Case No.     11-C-156

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

       Defendants.

**ORDER FOR JUDGMENT**

This matter came before the Court on a motion for a default judgment by Citizens Insurance Company of American and Hanover Insurance Company, both subrogees to the loss that is the subject of this action. The defendant Transglobal Logistics Group, Inc., having failed to respond

to their complaints and having defaulted, **IT IS HEREBY ORDERED** that Judgment shall be entered in favor of Hanover Insurance Company pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and against Transglobal Logistics in the amount of $600,000.00.

**IT IS FURTHER ORDERED** that upon default, Judgment shall be entered in favor of Citizens Insurance Company of America against Transglobal in the amount of $150,000.00.

Dated this     25th     day of July, 2011.

 s/ William C. Griesbach
William C. Griesbach
United States District Judge