UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NON TYPICAL INC.,

        Plaintiff,

and

HANOVER INSURANCE COMPANY,

        Involuntary Plaintiff,

v.                                                                                        Case No.     10-C-1058

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HANOVER INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY OF AMERICA,
as Subrogees of Non typical Inc.,

        Plaintiffs,

v.                                                                                          Case No.     11-C-156

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

       Defendants.

**AMENDED ORDER FOR JUDGMENT
IN FAVOR OF NON TYPICAL, INC.**

This matter came before the Court on a motion for a default judgment filed by Plaintiff Non-Typical, Inc., against Transglobal Logistics Group, Inc. The Court granted the motion and judgment

was entered, but without the certification required by Rule 54(b) of the Federal Rules of Civil Procedure that is required when the Court directs entry of a final judgment as to one or more, but fewer than all of the claims or parties in the action. Judgment was nevertheless entered. To cure the defect, the Court hereby certifies, *nunc pro tunc*, that there is no just reason for delay and directs the entry of judgment previously entered in favor of Non-Typical, Inc., and against Transglobal Logistics Group Inc., in the amount of $1,075,610.00.

Dated this     26th      day of July, 2011.

s/ William C. Griesbach
William C. Griesbach
United States District Judge