UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NON TYPICAL INC.,

        Plaintiff,

and

HANOVER INSURANCE COMPANY,

        Involuntary Plaintiff,

  v.                                      Case No.    10-C-1058

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HANOVER INSURANCE COMPANY and
CITIZENS INSURANCE COMPANY OF AMERICA,
as Subrogees of Non typical Inc.,

        Plaintiffs,

  v.                                      Case No.    11-C-156

TRANSGLOBAL LOGISTICS GROUP INC, and
SCHNEIDER LOGISTICS INTERNATIONAL INC.,

        Defendants.

**SECOND AMENDED ORDER FOR JUDGMENT**

    This matter came before the Court on motions for a default judgment against defendant Transglobal Logistics Group, Inc. which has failed to respond to the complaints and has defaulted.

**IT IS ORDERED** that, finding no just reason for delay under Rule 54(b), and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Judgment in the amount of $1,075,610.00 shall be entered as follows:

A.  Against Defendant, Transglobal Logistics Group, Inc. and in favor of Non-Typical, Inc. in the amount of $325,610.00.

B.  Against Defendant Transglobal Logistics Group, Inc. and in favor of Hanover Insurance Company in the amount of $600,000.00.

C.  Against Defendant Transglobal Logistics Group, Inc. and in favor of Citizens Insurance Company in the amount of $150,000.00.

**IT IS FURTHER ORDERED** that this Order for Judgment shall supersede all previous orders.

Dated this      4th      day of August, 2011.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge